IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>EXELON MYSTIC, LLC, a Delaware limited<br>liability company; and<br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)  **04  10213  PBS**<br>)<br>)<br>) |

## NOTICE OF LODGING OF PROPOSED CONSENT DECREE
## FOR 30-DAY PUBLIC COMMENT PERIOD

The attached proposed Consent Decree is hereby lodged with the Court, pursuant

to 28 C.F.R. § 50.7, for public comment.  Notice of the lodging of this Consent Decree,

and the opportunity to comment thereon, will then be published in the Federal Register.

The United States will then receive public comments on the proposed Consent Decree for

the requisite 30-day public comment period.  During the pendency of the public comment

period, no action is required of this Court.  After the public comment period has expired,

the United States will consider any comments timely received and further notify the Court

concerning whether, in light of those comments, the settlement is in the public interest.

**In the meantime, the United States requests that the Court take no action with**

**respect to the lodged Consent Decree until the United States moves for the entry of**

**the Consent Decree or otherwise advises the Court.**

Respectfully submitted,

THOMAS L. SANSONETTI
Assistant Attorney General
Envir. and Natural Resources Div.
United States Department of Justice

Dated: 1/15/04

ELISE S. FELDMAN, B.B.O. #563187
Trial Attorney
PETER M. FLYNN
Senior Attorney
Environmental Enforcement Section
Envir. and Natural Resources Div.
United States Department of Justice
P.O. Box 7611, Ben Franklin Sta.
Washington, DC 20044-7611
(202) 514-4352


MICHAEL J. SULLIVAN
United States Attorney


GEORGE B. HENDERSON, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210


OF COUNSEL:

STEVEN J. VIGGIANI
Senior Enforcement Counsel
U.S. EPA, Region I
One Congress Street, Suite 1100 (SEL)
Boston, MA 02114-2023

- 2 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| EXELON MYSTIC, LLC, a Delaware limited liability company, | ) |
| Defendant. | ) |

**04   10213   PBS**

CIVIL ACTION
NO.

## Certificate of Service

I hereby certify that on this 29th day of January, 2004, I gave notice of the filing of the Complaint, Notice of Lodging, and the proposed Consent Decree, by mailing copies, first class mail, postage prepaid to:

Mark A. Schiavoni
Vice President
Exelon Mystic, LLC
The Schrafft Center
529 Main Street, Suite 605
Charlestown, MA 02129

John P. Proctor
Winston & Strawn, LLP
1400 L Street, NW
Washington, DC 20005

George B. Henderson, II
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3282