IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA, :
                  Plaintiff, :
                  v. : CIVIL ACTION NO. 04-10213-PBS
EXELON MYSTIC, LLC, :
                  Defendant. :
_____

**UNOPPOSED MOTION OF THE UNITED
STATES TO ENTER THE CONSENT DECREE**

On January 29, 2004, a proposed Consent Decree between Plaintiff, the United States of America ("United States"), on behalf of the Environmental Protection Agency ("EPA") and Defendant, Exelon Mystic ("Exelon") was lodged with the Court, pursuant to 28 C.F.R. § 50.7. The Consent Decree resolves the claims of the United States against Exelon for violations of Sections 113, 114, 412, and 414 of the Clean Air Act ("CAA"), 42 U.S.C. §§ 7413, 7414, 7651k and 7651m, with respect to Exelon's Mystic Station Power Plant in Everett, Massachusetts.

Notice of the lodging of the Consent Decree and the opportunity for the public to comment was published in the Federal Register on February 11, 2004 (69 Fed. Reg. 6691). The requisite thirty days expired, and the United States received no comments during the comment period. Pursuant to the Consent Decree, Defendant, Exelon, consents to the entry of this Consent Decree. Consent Decree at 21, ¶ 54.

The United States believes that the Consent Decree is fair, reasonable, and in the public's interest; therefore, the United States respectfully requests that the Court sign the Consent Decree and enter it as a final judgment.

                                              Respectfully submitted,

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

Dated: March 19, 2004                                  _____/s/ (by G.B. Henderson)_____
PETER M. FLYNN
Senior Attorney, Bar Code 106106
ELISE S. FELDMAN
Trial Attorney, Bar Code 563187
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice


MICHAEL J. SULLIVAN
United States Attorney

GEORGE B. HENDERSON, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

OF COUNSEL:

STEVEN J. VIGGIANI
Senior Enforcement Counsel
U.S. EPA, Region I
One Congress Street, Suite 1100 (SEL)
Boston, MA 02114-2023

## CERTIFICATION

Pursuant to LR 7.1(A)(2), the undersigned certifies that, as reflected in paragraph 54 of the Consent Decree, the parties conferred regarding the entry of the Consent Decree and that the defendant consents to the entry of the Consent Decree.

/s/ (by G.B. Henderson)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Unopposed Motion of the United States to Enter the Consent Decree was served by prepaid first class mail to the individuals listed below this 19th day of March, 2004 :

Mark A. Schiavoni
Vice President
Exelon Mystic, LLC
The Schrafft Center
529 Main Street, Suite 605
Charlestown, Massachusetts 02129

John P. Proctor
Winston & Strawn LLP
1400 L St, NW
Washington, DC 20005

/s/
George B. Henderson, II
Assistant U.S. Attorney